# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00027-JRG |
| AMAZON.COM, INC., AMAZON.COM LLC, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Saint Lawrence Communications, LLC ("Saint Lawrence") and Defendants Amazon.com, Inc. and Amazon.com LLC's (collectively, "Amazon") (together with Saint Lawrence, the "Parties") Joint Emergency Motion for 30-Day Continuance in View of COVID-19 Virus Impact (the "Motion"). (Dkt. No. 76.) In the Motion, the Parties request that this Court continue all deadlines for thirty (30) days due to concerns arising from Coronavirus. Amazon, which is based in Seattle, Washington, represents that it has directed all employees in its Seattle offices to work from home for the remainder of the month. Due to this directive from Amazon, the Parties are asking for the continuance since they will not be able to complete discovery under the current deadlines. The Parties represent that these company-driven directives affect four total witnesses. It is worth noting, however, that there are no current official travel restrictions or advisories from government health agencies such as the Center for Disease Control and Prevention.[1] While the Court is sensitive to the Parties concerns and the hazards associated with the Coronavirus, the Court is not inclined to implement delays or grant continuances unless

---

[1] The Court also recognizes that the Parties were originally set for trial on August 17, 2020, and the Court recently moved their trial date forward to July 7, 2020.

a party can put forward specific concerns backed by firm restrictions from a governmental/public health level or actual exposure.[2] The Court is confident that the attorneys for the Parties can craft viable solutions that allows the case to continue while minimizing the potential health risks. Both Parties are well-versed in the technological innovations that would remotely produce high-quality witness depositions. Having considered the Motion and striving to balance its decision between the competing parameters of prudence and panic, the Court is of the opinion that the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 12th day of March, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[2] While the fact that Amazon has directed its employees to stay home is admirable, the Court cannot allow private corporate policies to control its docket or delay the discharge of justice.