# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00027-JRG |
| AMAZON.COM, INC., AMAZON.COM LLC, | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Saint Lawrence Communications, LLC ("SLC") and Defendants Amazon.com, Inc. and Amazon.com LLC's (collectively, "Amazon") (together with SLC, the "Parties") Renewed Joint Motion for 30-Day Continuance in View of New Governmental/Public Health Restrictions in Response to COVID-19 Virus Impact (the "Motion"). (Dkt. No. 80.) Having considered the Motion and for the good cause shown therein, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, all deadlines in the above-captioned case are hereby **CONTINUED** for thirty (30) days. The Parties are further **ORDERED** to jointly file a new proposed amended Docket Control Order implementing the instructions in this Order **by 5:00 PM Monday, March 23, 2020**.

**So ORDERED and SIGNED this 19th day of March, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE