# EXHIBIT 1

# [FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]

Entire Exhibit Contains Confidential Material designated "Restricted – Attorneys' Eyes Only"